United States District Court
Southern District of Texas
**ENTERED**
July 24, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Nicholas Schultze, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-4929 |
| | § | |
| Todd Blanche, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER ON DISMISSAL

Petitioner Nicholas Schultze filed a Petition for a Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2241. Doc. 1. He has since filed a Notice of Voluntary Dismissal on July 23, 2026, Doc. 8. Pursuant to the Notice, the action is hereby DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to CLOSE this case.

Counsel for Petitioner is ORDERED to provide notice of this action with any subsequent filing of a petition for writ of *habeas corpus* on behalf of Petitioner.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 24th of July, 2026.

_____

Nicholas J. Ganjei
United States District Judge